In the Matter of the Application of the GRADE CROSSING COMMISSIONERS OF THE CITY OF BUFFALO, Respondent, for the Appointment of Commissioners to Ascertain the Compensation to Be Paid to the Owners and Parties Interested in Lands Injured by the Change of Grade of Main Street.

INTERNATIONAL RAILWAY COMPANY, Appellant; ERIE RAILROAD COMPANY, Respondent.

*Matter of Grade Crossing Comrs., City of Buffalo,* 173 App. Div. 920, affirmed.

(Argued March 6, 1917; decided March 20, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 31, 1916, which affirmed an order of Special Term

appointing commissioners of appraisal in the above-entitled proceeding and denying the claim of the appellant herein for damages. The proceeding was brought to a hearing upon issues raised by the answer of the Erie Railroad Company, denying the right of the International Railway Company as a tenant of the Erie Railroad Company of parcel 5, being the northerly half of the Erie Railroad Company's right of way, extending from the westerly line of Main street to Tonawanda, to recover damages for the change of grade of Main street. The claim was denied: 1. Because the railway company contributes to the city of Buffalo fifteen per cent of its share of the expense of eliminating the grade crossing with some exceptions hereinafter noted, and 2. Because the agreement between the Erie railroad and the International Railway Company by which the railway company acquired the land for 999 years required the railway company to bear a part of the expense of the grade crossing elimination upon the "leased section."

*James O. Moore* for appellant.

*William L. Marcy* for Erie Railroad Company, respondent.

*De Witt Clinton* for grade crossing commissioners, respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO and CRANE, JJ. Absent: MCLAUGHLIN, J.